IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | Civil Action No: MDL 875 |
| JEANETTE MORRIS, Individually and as Personal Representative on behalf of the estate of MICHAEL MORRIS, | E.D. Pa. No: 09-CV-61495 |
| v. | |
| ANCHOR PACKING CO., et al., | |

FILED
MAR 14 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ORDER

AND NOW, this 13th day of March, 2013, upon consideration of "Defendant CBS Corporation's ["CBS"] Motion to Enforce Settlement" (Doc. 83), Plaintiff's response (Doc. 89), CBS's reply (Doc. 90), Plaintiff's sur-reply (Doc. 97), CBS's January 24, 2013 supplement (Exhibit A to the Report and Recommendation), Plaintiff's response to the supplement (Doc. 101), and the Report and Recommendation of U.S. Magistrate Judge David R. Strawbridge, it is hereby **ORDERED** that CBS's motion is **DENIED**. The Report and Recommendation is APPROVED and ADOPTED.

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.